IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**SEVELDA TAYLOR, ET AL.,**                                   **PLAINTIFFS,**

**VS.**                                       **CIVIL ACTION NO. 2:05CV90-P-B**

**THE MONEY STORE, INC., ET AL.,**                            **DEFENDANTS.**

## ORDER

This matter comes before the court upon Plaintiffs' Motion to Reconsider and Request for Other Relief [19-1]. After due consideration of the motion, the court finds that same should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiffs' Motion to Reconsider and Request for Other Relief [19-1] is **DENIED**.

**SO ORDERED** this the 10th day of July, A.D., 2006.

                                                   /s/ W. Allen Pepper, Jr.
                                                   W. ALLEN PEPPER, JR.
                                                   UNITED STATES DISTRICT JUDGE